CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque, Esq., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorney for Plaintiff


Philip H. Stillman
pstillman@stillmanassociates.com
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, FL 33140
Telephone: (888) 235-4279
Facsimile: (888) 235-4279

Attorney for Defendant
E.L. Heritage Inn Of Sacramento, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>    Plaintiff,<br><br>  v.<br><br>**E.L. Heritage Inn Of Sacramento, LLC,** A Nevada Limited Liability Company; and Does 1-10,<br><br>    Defendants | Case No.: 2:20-cv-02162-JAM-DB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

### **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto, that Plaintiff's Americans with Disabilities Act claim may be dismissed, with prejudice, as moot. The parties further stipulate that Plaintiff's Unruh Civil Rights Act claim may be dismissed, without prejudice.

Dated: 1/6/2023     CENTER FOR DISABILITY ACCESS

By: /s/ *Isabel Rose Masanque*
Isabel Rose Masanque
Attorney for Plaintiff

Dated: 1/6/2023     STILLMAN & ASSOCIATES

By: /s/Philip H. Stillman
Philip H. Stillman
Attorney for Defendant
E.L. Heritage Inn Of Sacramento, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Philip H. Stillman, counsel for E.L. Heritage Inn Of Sacramento, LLC, respectively, and that I have obtained Attorney Stillman's authorization to affix their electronic signature to this document.

Dated: 1/6/2023                              CENTER FOR DISABILITY ACCESS

                                             By: /s/ *Isabel Rose Masanque*
                                             Isabel Rose Masanque
                                             Attorney for Plaintiff